Tod V. Beebe, A Professional Corporation (SBN 100265)
Ronald R. St. John (SBN 101397)
Christopher D. Higashi (SBN 168667)
BARTON, KLUGMAN & OETTING LLP
350 South Grand Avenue
Suite 2200
Los Angeles, CA 90071-3454
Telephone:  213-621-4000
Facsimile:  213-625-1832
E-mail:      tbeebe@bkolaw.com
             rstjohn@bkolaw.com
             chigashi@bkolaw.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REKO HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AMP GROUP HOLDINGS, INC., a Delaware corporation; PAUL KOZLOV; GSS GROUP, LLC, a California limited liability company; SAPA GROUP, LLC, a California limited liability company; GARY SHIRINYAN, IIEVEGNIA SAPA aka EVGENIA SAPA aka LEVGENIA SAPA; VLADIMIR HANIN, HJK TRADE, INC., a California corporation; HOVIK KOSTANDYAN; CITIBANK, N.A.; JPMORGAN CHASE BANK, N.A.; WELLS FARGO BANK, N.A.; GALINA VAYNTER; VADIM VAYNTER aka AVADY VAYNTER; GV GLOBAL COMMUNICATIONS, INC., a California corporation; DIRECT COMMUNICATIONS, INC., a California corporation; REGINA KATS; ARTHUR KATS; LEGACY RESOURCES GROUP, INC., an unknown business entity; YITSZHAK KLEYMAN, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:18-7401<br><br>**NOTICE OF REMOVAL OF ACTION**<br><br>**[28 U.S.C. §1331 FEDERAL CAUSE OF ACTION]** |

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3485
TELEPHONE (213) 621-4000

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§1331 and 1441(a) Defendant JPMORGAN CHASE BANK ("Chase") hereby removes this action to the United States District Court for the Central District of California and from the Superior Court for the State of California, in and for the County of Los Angeles, as one over which this Court has original jurisdiction under 28 U.S.C. § 1331, because the causes of action added by the Second Amended Complaint for "Violation of Federal Civil RICO Statute" and "RICO Conspiracy" are civil actions arising under the laws of the United States.  This action is properly removed to this Court, as more particularly set forth below:

**A.** **PRELIMINARY STATEMENT**

The state court action at issue was originally filed as a civil action to set aside a securities transfer based on state law theories only, but it has escalated to a federal RICO action by virtue of a Second Amended Complaint filed on August 17, 2018 pursuant to an order made August 7, 2018.

**B.** **PROCEDURAL HISTORY**

On January 20, 2017, Plaintiff initiated a lawsuit in the Los Angeles County Superior Court as Case No. BC 647661, asserting state law theories only to address a questioned stock transfer.  The only causes of action in the original complaint were for 1) Conversion, 2) Unjust Enrichment, 3) Treble Damages Pursuant to Penal Code § 496, 4) Negligence, and 5) Conspiracy.  The "Conspiracy" cause of action for was a 'conspiracy' to "hinder, delay and defraud Reko and Direct Communications of their respective stock ownership in Gopher."  [Complaint filed January 20, 2017, Document No. 1 attached hereto, ¶ 92.]  There were no federal causes of action asserted.

On May 17, 2017, Plaintiff filed a First Amended Complaint, adding no new parties and still asserting only state law theories regarding the stock transfer.  The

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3485
TELEPHONE (213) 621-4000

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3485
TELEPHONE (213) 621-4000

1   causes of action in the First Amended Complaint were for 1) Conversion, 2) Unjust

2   Enrichment, 3) Treble Damages Pursuant to Penal Code § 496, 4) Negligence, and

3   5) Wrongful Registration of Securities.  The new Fifth Cause of Action for

4   Wrongful Registration was based entirely on *California Commercial Code* section

5   8404.  [First Amended Complaint filed May 17, 2017, Document No. 25 attached

6   hereto, ¶ 109.]

7   On August 7, 2018, the Court granted leave to file a Second Amended

8   Complaint, Document No. 93.  The Second Amended Complaint proposed with

9   that filing adds nine new defendants, and expands from five causes of action to

10  seventeen causes of action, including a Twelfth Cause of Action for "Violation of

11  Federal Civil RICO Statute," and a Thirteenth Cause of Action for "RICO

12  Conspiracy."  The Corrected Second Amended Complaint was filed on August 17,

13  2018, Document No. 98.  This is the first time that any federal causes of action

14  have been asserted in this case.

15  Copies of all pleadings, process, and orders from Los Angeles Superior

16  Court Case No. BC 647661 are attached hereto.

17  **C.   REMOVAL JURISDICTION**

18  The state court action filed as Los Angeles Superior Court Case

19  No. BC 647661 became a civil matter of which this Court has original jurisdiction

20  under 28 U.S.C. § 1331, because any cause of action under the federal RICO

21  statute is a cause of action governed by and created by federal law.  Paragraphs

22  180-181 of the Second Amended Complaint in the Twelfth Cause of Action assert

23  that the cause of action is brought under the RICO statute, found at

24  18 U.S.C. §§ 1961 *et seq.*  Similarly, paragraph 190 alleges that the Thirteenth

25  Cause of Action to Violate Federal RICO Statute is based on acts of "racketeering"

26  in which Defendants conspired to violate 18 U.S.C. § 1962(c), in violation of

27  18 U.S.C. § 1962(d).

28

**D.      TIMELINESS OF REMOVAL**

This Notice of Removal is timely within the meaning of 28 U.S.C. § 1446(b)(3).  Subsection (b)(3) provides for cases such as this where the initial pleading was not removable, that a notice of removal may be filed within thirty days after "receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."  Where an amended pleading requires a court order, the earliest that this thirty period can begin to run is the date of the order authorizing the amended pleading.  *Reyes v. Dollar Tree Stores, Inc*, 781 F. 3d 1185, 1189-1190 (9th Cir. 2015); *Sullivan v. Conway*, 157 F. 3d 1092, 1094 (7th Cir. 1998).  This Removal is made within thirty days of that August 7, 2018 order, and is thus timely.

**E.      UNANIMITY OF DEFENDANTS WHO HAVE BEEN PROPERLY JOINED AND SERVED**

Defendants Citibank, N.A., Wells Fargo Bank, N.A., HJK Trade, Inc, Hovik Kostanyan, Vladimir Hanin, Gary Shirinyan, GSS Group, LLC and Paul Kozlov, consent to and join in the Removal of this action by defendant JPMorgan Chase Bank, N.A.  This constitutes unanimity of all "defendants who have been properly joined and served," as required by 28 U.S.C. § 1446(b)(2)(A).  As for the other defendants and former defendants:

Former defendants ACAP Financial, Inc. and David Adams from the original and the First Amended Complaint were never served, never appeared, and are not included as defendants in the Second Amended Complaint.

Former defendants Alpine Securities Corp. and Empire Stock Transfer, Inc. from the original and the First Amended Complaint were dismissed from the state court action, and are not included as defendants in the Second Amended Complaint.

NOTICE OF REMOVAL
W:\Working\beebe\JPMorgan Chase\REKO Holdings\WORD\Pldg\JPMC's Notice of Removal.docx

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA  90071-3485
TELEPHONE (213) 621-4000

Defendant AMP Group Holdings, Inc. is alleged at paragraphs 30-31 of the Second Amended Complaint to be the alter ego of defendant Paul Kozlov.  An attempt to take the default of defendant AMP Group Holdings, Inc. was rejected in the state court proceedings, and no appearance has been made on behalf of that entity.  JPMorgan Chase Bank, N.A. is informed and believes that defendant AMP Group Holdings, Inc. has not been "properly joined and served" for purposes of 28 U.S.C. § 1446(b)(2)(A).

Defendants Iievgenia Sapa aka Evgenia Sapa aka Levgenia Sapa, Galina Vaynter, Vadim Vaynter aka Avady Vaynter, GV Global Communications, Inc., Direct Communications, Inc., Regina Kats, Arthur Kats, Legacy Resources Group, Inc., and Yitzhak Kleyman were newly added by the Second Amended Complaint and JPMorgan Chase Bank, N.A. is informed and believes that none of these defendants has yet been served, and that thus they have not been "properly joined and served" for purposes of 28 U.S.C. § 1446(b)(2)(A).

WHEREFORE, Defendant JPMorgan Chase Bank, N.A. prays that this State Court Action be removed to the United States District Court for the Central District of California.

Dated:  August 23, 2018            BARTON KLUGMAN & OETTING, LLP


By: _____/s/ Tod V. Beebe_____
Tod V. Beebe, A Professional Corporation
Ronald R. St. John
Christopher D. Higashi, A Professional Corporation
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3485
TELEPHONE (213) 621-4000

NOTICE OF REMOVAL

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 350 South Grand Avenue, Suite 2200, Los Angeles, California 90071-3485.

On August 23, 2018, I served the foregoing document(s) described as NOTICE OF REMOVAL OF ACTION on the interested party/ies in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

PLEASE SEE ATTACHED SERVICE LIST

☒    BY CM/ECF:  The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

☒    BY FIRST-CLASS U.S. MAIL:  I enclosed the document(s) in a sealed envelope or package addressed to the above-named person(s) at the address(es) exhibited therewith and

I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, California on said date.

Executed on August 23, 2018 at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.


_____
               */s/ Michele E. Mason*
               MICHELE E. MASON

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA  90071-3485
TELEPHONE (213) 621-4000

NOTICE OF REMOVAL
W:\Working\beebe\JPMorgan Chase\REKO Holdings\WORD\Pldg\JPMC's Notice of Removal.docx

SERVICE LIST
(AS OF 08/21/18)

| | |
|---|---|
| Robert M. Yaspan, Esq.<br>Joseph G. McCarty, Esq.<br>Debra R. Brand, Esq.<br>Law Offices of Robert M. Yaspan<br>21700 Oxnard St., Suite 1750<br>Woodland Hills, CA  91367 | Attorneys for Plaintiff<br>REKO Holdings, LLC<br>Tel.:    818-905-7711<br>Fax:    818-501-7711<br>Email:  ryaspan@yaspanlaw.com<br>         jmccarty@yaspanlaw.com<br>         dbrand@yaspanlaw.com |
| Brad Hakala, Esq.<br>Ryan N. Ostrowski, Esq.<br>The Hakala Law Group, P.C.<br>One World Trade Center<br>Suite 1870<br>Long Beach, CA  90831 | Attorneys for Defendants<br>Hovik Kostandyan, HJK Trade Inc., Paul<br>Kozlov, Vladimir Hanin, GSS Group, LLC<br>and Gary Shirinyan<br>Tel.:    562-432-5023<br>Fax:    562-786-8606<br>Email:  bhakala@hakala-law.com<br>         rostrowk@hakala-law.com |
| David D. Piper, Esq.<br>Samantha W. Mahoney, Esq.<br>Keesal, Young & Logan<br>400 Oceangate<br>Long Beach, CA  90802 | Attorneys for Defendant<br>Citibank, N.A.<br>Tel.:    562-436-2000<br>Fax:    562-436-7416<br>Email:  david.piper@kyl.com<br>         samantha.mahoney@kyl.com |
| David A. Berkley, Esq.<br>Severson & Werson, APC<br>The Atrium<br>19100 Von Karman Ave.<br>Suite 700<br>Irvine, CA  92612 | Co-Attorneys for Defendant<br>Wells Fargo Bank, N.A.<br>Tel.:    949-442-7110<br>Fax:    949-442-7118<br>Email:  db@severson.com |
| Mark D. Longeran, Esq.<br>Mark I. Wraight, Esq.<br>Gregory L. Huber, Esq.<br>Severson & Werson, APC<br>One Embarcadero Center<br>Suite 2600<br>San Francisco, CA  94111 | Co-Attorneys for Defendant<br>Wells Fargo Bank, N.A.<br>Tel.:    415-398-3344<br>Fax:    415-956-0439<br>Email:  mdl@severson.com<br>         miw@severson.com<br>         glh@severson.com |

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA  90071-3485
TELEPHONE (213) 621-4000

NOTICE OF REMOVAL
W:\Working\beebe\JPMorgan Chase\REKO Holdings\WORD\Pldg\JPMC's Notice of Removal.docx