EXHIBIT 42

RECEIVED JUN 30 2017

PAUL D. MURPHY (SBN 159556)
Email: pmurphy@murphyrosen.com
TAYLOR T. STEELE (State Bar No. 304443)
Email: tsteele@murphyrosen.com
MURPHY ROSEN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone: (310) 899-3300
Facsimile: (310) 399-7201

ALAN BASKIN (*pro hac vice*)
abaskin@baskinrichards.com
BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, AZ 85012
Telephone: (602) 812-7979
Facsimile: (602) 595-7800

Attorneys for Defendants ACAP Financial, Inc. and
Alpine Securities Corporation

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES – CENTRAL DISTRICT

| | |
|---|---|
| REKO HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ACAP FINANCIAL, INC., DAVID ADAMS, ALPINE SECURITIES CORP., AMP GROUP HOLDINGS, INC., CITIBANK, N.A., EMPIRE STOCK TRANSFER, INC., GSS GROUP LLC, VLADIMIR HANIN, HJK TRADE, INC., HOVIK KOSTANDYAN, PAUL KOZLOV, JP MORGAN CHASE BANK, N.A., LISANDRA PATIN, GARY SHIRINYAN, WELLS FARGO BANK, N.A., and DOES 1 - 30, inclusive. <br><br> Defendants. | CASE NO. BC647661 <br><br> [The Hon. Gregory W. Alarcon] <br><br> **NOTICE OF RULING GRANTING APPLICATION OF ALAN S. BASKIN FOR *PRO HAC VICE* ADMISSION** <br><br> Date: June 28, 2017 <br> Time: 8:30 a.m. <br> Dept.: 36 <br><br> Complaint Filed: January 20, 2017 |

*PRINTED ON RECYCLED PAPER*

NOTICE OF RULING

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that that on June 28, 2017 at 8:30 a.m., in the above-entitled Court, located at 111 North Hill Street, Los Angeles, CA 90012, Department 36, defendant Alpine Securities Corporation's Verified Application of Alan S. Baskin to Appear as Counsel *Pro Hac Vice* was granted.

DATED: June 28, 2017

MURPHY ROSEN LLP
BASKIN RICHARDS PLC

By: /s/ Paul D. Murphy
Paul D. Murphy
Taylor T. Steele
Attorneys for Defendant Alpine Securities Corporation

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

**PROOF OF SERVICE**

I, **Allison Castillo**, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 100 Wilshire Boulevard, Suite 1300, Santa Monica, California 90401-1142, (310) 899-3300.

On June 28, 2017, I served the document(s) described as **NOTICE OF MOTION AND MOTION FOR *PRO HAC VICE* ADMISSION; MEMORANDUM OF POINTS AND AUTHORITIES** on the interested parties in this action:

**SEE ATTACHED SERVICE LIST**

☒ BY UNITED STATES MAIL: I enclosed true copies of the document(s) in a sealed envelope or package addressed to the persons included above or on the attached service list, with prepaid postage in the U.S. mail in Santa Monica, California.

I am "readily familiar" with this firm's practice for the collection and processing of correspondence for mailing  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 28, 2017, at Santa Monica, California.



ALLISON CASTILLO

-1-
PROOF OF SERVICE

| | |
|---|---|
| Alan Baskin<br>Baskin Richards PLC<br>2901 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85012<br><br>*Attorney for Defendant Alpine Securities Corporation* | David D. Piper<br>Keesal, Young & Logan<br>400 Oceangate<br>Long Beach, CA 90802<br><br>*Attorneys for Citibank, N.A.* |
| AMP Group Holdings, Inc.<br>Agent: Global Corporate Services, Inc.<br>704 N King St, Suite 500<br>Wilmington, DE 19899 | Randy Katz, Esq.<br>Baker Hostetler<br>600 Anton Blvd., Suite 900<br>Costa Mesa, CA 92626-7221<br><br>*Attorneys for Defendant Empire Stock Transfer, Inc.* |
| James Kawahito<br>Kawahito Law Group, APC<br>222 N. Sepulveda Blvd., Suite 2222<br>El Segundo, CA 90245<br><br>*Attorneys for HJK Trade, Inc., Hovik Kostandyan and Vladimir Hanin* | Tod V. Beebe, Esq.<br>Barton, Klugman and Oetting LLP<br>350 South Grand Avenue, Suite 2200<br>Los Angeles, California 90071<br><br>*Attorneys for Defendant JP Morgan Chase Bank, N.A.* |
| David A. Berkley, Esq.<br>SEVERSON & WERSON<br>The Atrium<br>19100 Von Kannan Avenue, Suite 700<br>Irvine, CA 92612<br><br>*Attorneys for Defendant Wells Fargo Bank, N.A.* | Paul Kozlov<br>7040 Hayvenhurst Avenue<br>Van Nuys, CA 91406 |
| Michael Hurey<br>Michael Carwin<br>KLEINBERG & LERNER, LLP<br>1875 Century Park East, Suite 1150<br>Los Angeles, CA 90067-2501<br><br>*Attorneys for Plaintiff Reko Holdings, LLC* | |