EXHIBIT 52

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: 139,550 | FOR COURT USE ONLY |
|---|---|---|

NAME: MICHAEL HUREY
FIRM NAME: KLEINBERG & LERNER, LLP
STREET ADDRESS: 1875 Century Park East, Suite 1150
CITY: Los Angeles    STATE: CA    ZIP CODE: 90067
TELEPHONE NO.: (310)557-1511    FAX NO.: (310)557-1540
E-MAIL ADDRESS: mhurey@kleinberglerner.com
ATTORNEY FOR (Name): Plaintiff REKO HOLDINGS, LL

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. HILL ST.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

Plaintiff/Petitioner: Reko Holdings, LLC
Defendant/Respondent: Alpine Securities Corp, et al.

| REQUEST FOR DISMISSAL | CASE NUMBER:<br>BC647661 |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
    a. (1) [ ] With prejudice    (2) [x] Without prejudice
    b. (1) [ ] Complaint    (2) [ ] Petition
       (3) [ ] Cross-complaint filed by (name):                          on (date):
       (4) [ ] Cross-complaint filed by (name):                          on (date):
       (5) [ ] Entire action of all parties and all causes of action
       (6) [x] Other (specify):* Dismiss Defendant ALPINE SECURITIES CORP only.

2. (Complete in all cases except family law cases.)
   The court [ ] did [x] did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed.)

Date: September 20, 2017

Michael Hurey
(TYPE OR PRINT NAME OF [x] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)                                    (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only,
or of specified cross-complaints only, so state and identify the parties, causes of
action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[x] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**

Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)                                    (SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative
relief – is on file, the attorney for cross-complainant (respondent) must sign
this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross Complainant

(To be completed by clerk)
4. [ ] Dismissal entered as requested on (date):
5. [ ] Dismissal entered on (date):                          as to only (name):
6. [ ] Dismissal **not entered** as requested for the following reasons (specify):

7. a. [ ] Attorney or party without attorney notified on (date):
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
       [ ] a copy to be conformed    [ ] means to return conformed copy

Date:                          Clerk, by                          , Deputy

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev. Jan. 1, 2013] | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq.; Gov. Code,<br>§ 68637(c). Cal. Rules of Court, rule 3.1390<br>www.courts.ca.gov |
|---|---|---|

9.20.17

**CIV-110**

| Plaintiff/Petitioner:<br>Defendant/Respondent: | CASE NUMBER: |
|---|---|

---

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

---

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is *(check one below):*

   a. ☐ not recovering anything of value by this action.

   b. ☐ recovering less than $10,000 in value by this action.

   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one):*    Yes    No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

_____         ▶ _____

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                    (SIGNATURE)

---

**REQUEST FOR DISMISSAL**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form |     | Clear this form |

**PROOF OF SERVICE**

1

2       I, the undersigned, am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the instant action. My business address is KLEINBERG &
3   LERNER, LLP, 1875 Century Park East, Suite 1150, Los Angeles, CA 90067.

4       On September 20, 2017, I served a copy of the following document:

5

6   REQUEST FOR DIMISSAL ONLY FOR
    DEFENDANT ALPINE SECURITIES CORP.

7   on the interested parties in this action by placing a true copy thereof, enclosed in a sealed
8   envelope, addressed as per attached:

9   MAILING LIST

10  XX   (BY UNITED STATES MAIL) I enclosed the documents listed above in a sealed
         envelope addressed as indicated and deposited the sealed envelope with the United States
11        Postal Service, with the postage fully prepaid.

12       I declare under penalty of perjury under the laws of California that the foregoing is true
13   and correct.

14   Executed on September 20, 2017 at Los Angeles, California.

15

16

17

18   Myriam Kulig

19

20

21

22

23

24

25

26

27

28

# MAILING LIST

| | |
|---|---|
| Alan Baskin<br>**Baskin Richards PLC**<br>2901N. Central Avenue, Suite 1150<br>Phoenix, AZ 85012 | Attorneys for **Alpine Securities Corp.**<br>alan@baskinrichards.com |
| **AMP Group Holdings, Inc.**<br>Agent: Global Corporate Services, Inc.<br>704 N King St, Suite 500<br>Wilmington, DE 19899 | |
| David D. Piper<br>Samantha W. Mahoney<br>**Keesal, Young & Logan**<br>400 Oceangate<br>Long Beach, CA  90802 | Attorneys for **Citibank, N.A.**<br>samantha.mahoney@kyl.com |
| Randy Katz, Esq.<br>**BakerHostetler**<br>600 Anton Blvd., Suite 900<br>Costa Mesa, CA 92626-7221 | Attorneys for **Empire Stock Transfer, Inc.**<br>rwkatz@bakerlaw.com |
| James Kawahito<br>**Kawahito Law Group, APC**<br>222 N. Sepulveda Blvd., Suite 2222<br>El Segundo, CA  90245 | Attorneys for **HJK Trade, Inc.,<br>Ilovik Kostandyan and<br>Vladimir Hanin**<br>jkawahito@kawahitolaw.com |
| Tod V. Beebe, Esq.<br>**Barton, Klugman and Oetting LLP**<br>350 South Grand Avenue, Suite 2200<br>Los Angeles, California 90071 | Attorneys for **JP Morgan Chase Bank, N.A.**<br>tbeebe@bkolaw.com |
| David A. Berkley, Esq.<br>**Severson & Werson**<br>The Atrium<br>19100 Von Karman Avenue, Suite 700<br>Irvine, CA  92612 | Attorneys for **Wells Fargo Bank., N.A.**<br>db@severson.com |
| **Paul Kozlov**<br>7040 Hayvenhurst Avenue<br>Van Nuys, CA  91406 | |

- 2 -