AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Reko Holdings, LLC <br><br> *Plaintiff(s)* <br> v. <br> AMP Group Holdings, Inc., a Delaware corporation; (see attached) <br><br> *Defendant(s)* | ))))))))))) | Civil Action No. 2:18-cv-07401-GW-FFM |

**SUMMONS IN A CIVIL ACTION**   ON SECOND AMENDED COMPLAINT

To: *(Defendant's name and address)*  GV Global Communications, Inc
Agent for Service of Process: Avady Vaynter
19528 Ventura Blvd, #355
Tarzana, CA 91356

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert M. Yaspan, SBN 51867
Law Offices of Robert M. Yaspan
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date:   9/17/2018                                   _____
                                                    *Signature of Clerk or Deputy Clerk*

ORIGINAL

1  ROBERT M. YASPAN (SBN 51867)
   JOSEPH G. McCARTY (SBN 151020)
2  DEBRA R. BRAND (SBN 162285)
   LAW OFFICES OF ROBERT M. YASPAN
3  21700 Oxnard Street, Suite 1750
   Woodland Hills, California 91367
4  Telephone: (818) 905-7711
   Facsimile: (818) 501-7711
5
   Attorneys for Plaintiff
6  REKO HOLDINGS, LLC.

FILED
Superior Court of California
County of Los Angeles

AUG 16 2018

Sherri R. Carter, Executive Officer/Clerk of Court
By _____, Deputy
   Glorietta Robinson

FAX

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| REKO HOLDINGS, LLC, | ) Case No.: BC647661 |
| | ) [Assigned to Hon. Gregory W. Alarcon |
| Plaintiff, | ) Department 36] |
| v. | ) |
| | ) UNLIMITED CIVIL ACTION |
| AMP GROUP HOLDINGS, INC., a Delaware corporation; PAUL KOZLOV; GSS GROUP LLC, a California limited liability company; SAPA GROUP, LLC, a California limited liability company; GARY SHIRINYAN; IIEVGENIA SAPA aka EVGENIA SAPA aka LEVGENIA SAPA; VLADIMIR HANIN, HJK TRADE, INC., a California corporation; HOVIK KOSTANDYAN; CITIBANK, N.A.; JPMORGAN CHASE BANK, N.A.; WELLS FARGO BANK, N.A.; GALINA VAYNTER; VADIM VAYNTER aka AVADY VAYNTER; GV GLOBAL COMMUNICATIONS, INC., a California corporation; DIRECT COMMUNICATIONS, INC., a California corporation; REGINA KATS; ARTHUR KATS; LEGACY RESOURCES GROUP, INC., an unknown business entity; YITZHAK KLEYMAN, and DOES 1 - 100, inclusive, | ) **CORRECTED** SECOND AMENDED COMPLAINT FOR:<br>) 1. CONVERSION<br>) 2. CONVERSION<br>) 3. UNJUST ENRICHMENT<br>) 4. VIOLATION OF CALIFORNIA PENAL CODE § 496<br>) 5. NEGLIGENCE<br>) 6. AIDING AND ABETTING CONSPIRACY<br>) 7. NEGLIGENCE<br>) 8. FRAUD<br>) 9. BREACH OF CONTRACT<br>) 10. BREACH OF FIDUCIARY DUTY<br>) 11. CONSPIRACY<br>) 12. VIOLATION OF FEDERAL CIVIL RICO STATUTE<br>) 13. RICO CONSPIRACY<br>) 14. ACCOUNTING<br>) 15. FOR UNLAWFUL, FRAUDULENT & UNFAIR BUSINESS PRACTICES [CALIFORNIA BUSINESS & PROFESSIONS CODE §§ 17200, ET SEQ.]; |
| Defendants. | ) 16. DECLARATORY RELIEF<br>) 17. INJUNCTION |
| | ) DEMAND FOR A JURY TRIAL |

- 1 -
SECOND AMENDED COMPLAINT

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-07401-GW-FFM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: