**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REKO HOLDINGS, LLC <br><br> PLAINTIFF(S) <br><br> v. <br><br> AMP GROUP HOLDINGS, INC., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:18−cv−07401−GW−FFM <br><br><br> **DEFAULT BY CLERK** <br> **F.R.Civ.P. 55(a)** |

    It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Vadim Vaynter also known as Avady Vaynter

GV Global Communications, Inc. a California corporation

Direct Communications, Inc. a California corporation

Legacy Resources Group, Inc. an unknown business entity

Galina Vaynter

 

Clerk, U.S. District Court

 January 16, 2019      By  /s/ *Margo Mead* 
Date                                              Deputy Clerk