ROBERT M. YASPAN (SBN 51867)
JOSEPH G. McCARTY (SBN 151020)
DEBRA R. BRAND (SBN 162285)
LAW OFFICES OF ROBERT M. YASPAN
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Telephone: (818) 905-7711
Facsimile: (818) 501-7711

Attorneys for Plaintiff REKO HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REKO HOLDINGS, LLC;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMP GROUP HOLDINGS, INC. a Delaware Corporation; PAUL KOZLOV; GSS GROUP LLC, a California limited liability company; SAPA GROUP, LLC, a California limited liability company; GARY SHIRINYAN; ILEVGENIA SAPA aka EVGENIA SAPA aka LEVGENIA SALA; VLADIMIR HANIN, HJK TRADE, INC. a California Corporation; HOVIK KOSTANDYAN; CITIBANK, N.A.; JPMORGAN CHASE BANK, N.A.; WELLS FARGO BANK, N.A.; GALINA VAYNTER; VADIM VAYNTER aka AVADY VAYNTER; GV GLOBAL COMMUNICATIONS, INC., a California corporation; DIRECT COMMUNICATIONS, INC., a California corporation; REGINA KATS; ARTHUR KATS; LEGACY RESOURCES GROUP, INC., an unknown business entity; YITZHAK KLEYMAN, and DOES 1 through 100, inclusive,<br>　　　　Defendants. | Case No.: 2:18-cv-07401-GW-FFM<br><br>**UNILATERAL STATUS REPORT**<br><br>**Date:**　May 6, 2019<br>**Time:**　8:30 a.m.<br>**Place:**　350 West 1st Street<br>　　　　Courtroom 9D, 9th Floor<br>　　　　Los Angeles, CA, 90012 |

| | |
|---|---|
| 1 | _____ |
| 2 | PAUL KOZLOV, an individual; AMP GROUP HOLDINGS, INC., a Delaware Corporation; GSS GROUP, INC., a California Corporation; SAPA GROUP, LLC, a California Limited Liability Company; GARY SHIRINYAN, an individual; IEVGENIIA SAPA, an individual; VLADIMIR HANIN, an individual; HJK TRADE, INC., a California Corporation; and HOVIK KOSTANDYAN, an individual. |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Cross-Complainants |
| 12 | |
| 13 | v. |
| 14 | REKO HOLDINGS, LLC, a Nevada Limited Liability Company; GOPHER PROTOCOL, INC., a Nevada Corporation; GALINA VAYNTER, an individual; VADIM VAYNTER aka AVADY VAYNTER, an individual; REGINA KATS, an individual; ARTHUR KATS, an individual; GV GLOBAL COMMUNICATIONS, INC. a Suspended California Corporation; DIRECT COMMUNICATIONS, INC., a California Corporation; LEGACY RESOURCES, form of entity unknown, and ROES 1-100, Inclusive. |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | Cross-Defendants |
| 26 | |
| 27 | |
| 28 | |

**TO THIS HONORABLE COURT:**

Pursuant to the Order issued by the Court on March 7, 2019 (Dkt #99), as amended by the "text only" entry in chambers, marked as Dkt #101, Plaintiff and Cross-Defendant REKO HOLDINGS, LLC ("REKO") respectfully submits the following Unilateral Status Report after first submitting a similar Joint Status Report to all other parties:

### A. STATUS OF PRELIMINARY SETTLEMENT DISCUSSIONS

REKO, GOPHER, and Defendants AMP GROUP HOLDINGS, INC. ("AMP"), PAUL KOZLOV ("KOZLOV"), GSS GROUP, LLC ("GSS GROUP"), SAPA GROUP, LLC ("SAPA GROUP"), GARY SHIRINYAN ("SHIRINYAN"), IIEVGENIA SAPA ("SAPA"), VLADIMIR HANIN ("HANIN"), HJK TRADE, INC. ("HJK"), HOVIK KOSTANDYAN ("KOSTANDYAN") (AMP, KOZLOV, GSS GROUP, SAPA GROUP, SHIRINYAN, SAPA, HANIN, HJK, and KOSTANDYAN (the "SHIRINYAN DEFENDANTS") have engaged in significant settlement discussions and currently have an agreement of settlement that is signed by all relevant parties. The parties are now delivering documents to each other such that the transfers called for in the settlement can occur.

As to any settlement related discussions with CITIBANK N.A. ("CITI"), JPMORGAN CHASE BANK, N.A. ("CHASE"), and WELLS FARGO BANK, N.A. ("WELLS FARGO") (CITI, CHASE, and WELLS FARGO are herein after referred to collectively as the "FINANCIAL DEFENDANTS") REKO has engaged in substantive discussions on multiple occasions with certain defendants seeking to settle the claims and defenses in this instant Action. Said parties are willing to resolve the matter and will consider participating in an early, supervised mediation conference; however, no date or agreed upon mediator has been selected by the parties.

## B. CURRENT MOTIONS FOR DEFAULT

Plaintiff Reko Holdings, LLC's ("REKO" or "Plaintiff") Motion for Entry of Default Judgment ("Motion") against Defendants GALINA VAYNTER ("Galina"); VADIM VAYNTER aka AVADY VAYNTER ("Vadim"); GV GLOBAL COMMUNICATIONS, INC. ("GV"); DIRECT COMMUNICATIONS, INC. ("DCI"); REGINA KATS ("REGINA"); ARTHUR KATS ("Arthur"); and LEGACY RESOURCES GROUP, INC. ("Legacy") (together, the "DEFAULTED DEFENDANTS") has been continued to May 6, 2019 at 8:30 a.m. before this Court. (Dkt #97, 98 as amended by the "text only" entry in chambers, marked as Dkt #100).

The DEFAULTED DEFENDANTS have not filed any responsive pleadings in this case; nor have they, their attorneys, or even their possible or future attorneys contacted either the Plaintiff or their counsel regarding this case or the Motion.

## C. FINANCIAL DEFENDANTS

The FINANCIAL DEFENDANTS filed individual Motions to Dismiss Plaintiff's Second Amended Complaint, which have been granted subject to Plaintiff's right to amend. The Court has not yet set a deadline date for the filing of such amendment.

///
///
///
///
///
///
///

**D.     ADDITIONAL MATTERS**

There are no further matters to be brought to the attention of the Court at this time.

Dated: April 29, 2019            LAW OFFICES OR ROBERT M. YASPAN

<u>By /s/ Robert M. Yaspan</u>
 ROBERT M. YASPAN
Attorneys for Plaintiff Reko Holdings, LLC