ROBERT M. YASPAN (SBN 51867)
JOSEPH G. McCARTY (SBN 151020)
DEBRA R. BRAND (SBN 162285)
LAW OFFICES OF ROBERT M. YASPAN
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Telephone: (818) 905-7711
Facsimile: (818) 501-7711

Attorneys for Plaintiff REKO HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REKO HOLDINGS, LLC;<br><br>        Plaintiff,<br><br>    v.<br><br>AMP GROUP HOLDINGS, INC. a Delaware Corporation; PAUL KOZLOV; GSS GROUP LLC, a California limited liability company; SAPA GROUP, LLC, a California limited liability company; GARY SHIRINYAN; ILEVGENIA SAPA aka EVGENIA SAPA aka LEVGENIA SALA; VLADIMIR HANIN, HJK TRADE, INC. a California Corporation; HOVIK KOSTANDYAN; CITIBANK, N.A.; JPMORGAN CHASE BANK, N.A.; WELLS FARGO BANK, N.A.; GALINA VAYNTER; VADIM VAYNTER aka AVADY VAYNTER; GV GLOBAL COMMUNICATIONS, INC., a California corporation; DIRECT COMMUNICATIONS, INC., a California corporation; REGINA KATS; ARTHUR KATS; LEGACY RESOURCES GROUP, INC., an unknown business entity; YITZHAK KLEYMAN, and DOES 1 through 100, inclusive,<br>        Defendants. | Case No.: 2:18-cv-07401-GW-FFM<br><br><br>**JOINT STATUS REPORT**<br><br><br>**Date:**  August 12, 2019<br>**Time:**  8:30 a.m.<br>**Place:**  350 West 1st Street<br>            Courtroom 9D, 9th Floor<br>            Los Angeles, CA, 90012 |

1

_____

PAUL KOZLOV, an individual; AMP GROUP HOLDINGS, INC., a Delaware Corporation; GSS GROUP, INC., a California Corporation; SAPA GROUP, LLC, a California Limited Liability Company; GARY SHIRINYAN, an individual; IEVGENIIA SAPA, an individual; VLADIMIR HANIN, an individual; HJK TRADE, INC., a California Corporation; and HOVIK KOSTANDYAN, an individual.

Cross-Complainants

v.

REKO HOLDINGS, LLC, a Nevada Limited Liability Company; GOPHER PROTOCOL, INC., a Nevada Corporation; GALINA VAYNTER, an individual; VADIM VAYNTER aka AVADY VAYNTER, an individual; REGINA KATS, an individual; ARTHUR KATS, an individual; GV GLOBAL COMMUNICATIONS, INC. a Suspended California Corporation; DIRECT COMMUNICATIONS, INC., a California Corporation; LEGACY RESOURCES, form of entity unknown, and ROES 1-100, Inclusive.

Cross-Defendants

2

**TO THIS HONORABLE COURT:**

Pursuant to the Order issued by the Court on July 11, 2019 (Dkt #118), Plaintiff REKO HOLDINGS, LLC ("REKO") and Defendants CITIBANK N.A. ("CITI"), JPMORGAN CHASE BANK, N.A. ("CHASE"), WELLS FARGO BANK, N.A. ("WELLS FARGO"), GALINA VAYNTER ("GALINA"), VADIM VAYNTER aka AVADY VAYNTER ("VADIM"); and DIRECT COMMUNICATIONS, INC. ("DCI"); and Cross-Claim Defendant GARY SHIRINYAN ("SHIRINYAN")  submit the following Joint Status Report to all other parties:

**A.   STATUS OF COMPLAINT**

On July 11, 2019, the Motion to Set Aside Default filed by Defendants Galina Vaynter, Vadim Vaynter and Direct Communications, Inc. was granted. On August 1, 2019, a Third Amended Complaint was filed by REKO. Defendants Wells Fargo Bank, N.A., JP Morgan Chase Bank N.A., and Citibank, N.A. will file Motions to Dismiss the Third Amended Complaint pursuant to Fed. R. Civ. Rule 12(b)(6).   Per the Court's Order of July 11, 2019, all responses will be due by August 15, 2019.

As to the Complaint only, Defendants AMP GROUP HOLDINGS, INC., PAUL KOZLOV, GSS GROUP, LLC, SAPA GROUP, LLC, SHIRINYAN,  IIEVGENIA SAPA, VLADIMIR HANIN, HJK TRADE, INC., and HOVIK KOSTANDYAN have been dismissed with prejudice on June 12,

3

2019, and the Third Amended Complaint did not intend to re-name these parties o

to the case.

Plaintiffs contend that the Third Amended Complaint did not affect the

defaults still pending against Regina Kats, Arthur Kats and Legacy Resources

Group, Inc.   Defendants Galina Vaynter, Vadim Vaynter and Direct

Communications, Inc. dispute that contention.

As to any settlement related discussions with CITIBANK N.A. ("CITI"),

JPMORGAN CHASE BANK, N.A. ("CHASE"), and WELLS FARGO BANK,

N.A. ("WELLS FARGO") (CITI, CHASE, and WELLS FARGO are herein after

referred to collectively as the "FINANCIAL DEFENDANTS") REKO has

engaged in substantive discussions on multiple occasions with certain defendants

seeking to settle the claims and defenses in this instant Action.  Said parties are

willing to resolve the matter and will consider participating in an early, supervised

mediation conference; however, no date or agreed upon mediator has been

selected by the parties.

## B.     CURRENT STATUS OF CROSS-CLAIMS

## 1.     Cross-Claims of SHIRINYAN DEFENDANTS

The Counter-Claims of the SHIRINYAN DEFENDANTS were dismissed

against Counter-Defendants REKO and Gopher Protocol, Inc on June 12, 2019.

On July 22, 2019, the remaining counter-defendants were dismissed.

## 2.  Cross-Claims of Citibank, N.A.

4

Pursuant to the Order entered on July 29, 2019, the Cross-Claim Defendant SHIRINYAN has until August 8, 2019 to respond.  Due to the recent substitution of attorney by SHIRINIYAN, CITI and SHIRINYAN have mutually agreed to extend SHIRINYAN's time to respond to CITI's Cross-Complaint up to and including August 29, 2019, so that new counsel for SHIRINYAN will be up to speed with these proceedings. The parties have already executed a stipulation memorializing the foregoing, which is currently pending approval of the Court.

C.     **MOTIONS FOR DEFAULT**

Plaintiffs contend that the Third Amended Complaint did not change any causes of action against Defendants GV GLOBAL COMMUNICATIONS, INC. ("GV"); REGINA KATS ("REGINA"); ARTHUR KATS ("Arthur"); and LEGACY RESOURCES GROUP, INC. ("Legacy") (together, the "DEFAULTED DEFENDANTS").  Defendants Galina Vaynter, Vadim Vaynter and Direct Communications, Inc. dispute that contention.

REKO will be filing a new motion to default the DEFAULTED DEFENDANTS. Plaintiffs contend that the DEFAULTED DEFENDANTS have not filed any responsive pleadings in this case; nor have they, their attorneys, or even their possible or future attorneys contacted either the Plaintiff or their counsel regarding this case or the Motion.   Defendants Galina Vaynter, Vadim Vaynter and Direct Communications, Inc. dispute that contention.

/ / /

## D.   <u>ADDITIONAL MATTERS</u>

For judicial efficiency, the parties (except Defendants Galina Vaynter, Vadim Vaynter and Direct Communications, Inc.) have discussed that they preferred having the case remain solely in the Federal Court rather than having the Court remand various causes of action to the State Court and having the RICO claims in the Federal Court.   Defendants Galina Vaynter, Vadim Vaynter and Direct Communications, Inc. have expressed no such preference.

Other than the filing of the Motions to Dismiss, there are no further matters to be brought to the attention of the Court at this time.

Dated:  August 8, 2019              LAW OFFICES OR ROBERT M. YASPAN

                                    By /s/ Robert M. Yaspan
                                     ROBERT M. YASPAN
                                    Attorneys for Plaintiff Reko Holdings, LLC

Dated: August 8, 2019               FARIVAR LAW AND TAX FIRM APC

                                    By /s/  Fahim Farivar
                                    FAHIM FARIVAR
                                    Attorneys for Gary Shirinyan

Dated: August 8, 2019          SEVERSON & WERSON


                               By  /s/ David A. Berkley
                               DAVID A. BERKLEY
                               Attorneys for Defendant
                               Wells Fargo Bank, N.A.


Dated: August 8, 2019          BARTON KLUGMAN & OETTING LLP


                               By  /s/ Tod Beebe
                                TOD V. BEEBE
                               Attorneys for Defendant
                               JPMorgan Chase Bank, N.A.


Dated: August 8, 2019          KEESAL, YOUNG & LOGAN


                               By  /s/ Kate Handy
                               KATE HANDY
                               Attorneys for Defendant
                               Citibank, N.A.


Dated: August 8, 2019          GOE & FORSYTHE


                               By  /s/ Thomas J Eastmond
                               THOMAS J. EASTMOND
                               Attorneys for Defendant
                               GV Global Communications, Inc., Direct
                               Communications, Inc., Galina Vaynter and
                               Vadim Vaynter

7